IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLINTON STRANGE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 18-1085-RGA |
| | : | |
| MATHERNE HOLDINGS, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

WHEREAS, the Plaintiff filed a Motion to Dismiss the Action With Prejudice (D.I. 7);

WHEREAS, summons have been returned executed establishing an answering due date for the Defendants to be September 11, 2018;

WHEREAS, to date no answers have been filed:

NOW THEREFORE, IT IS HEREBY ORDERED, that the case is DISMISSED pursuant to Fed. R. Civ. P. 41(a)(2).

9/6/18
Date

_____
United States District Judge